1

Magistrate Judge Tsuchida

2

3    ____FILED    ____ENTERED
     ____LODGED    ____RECEIVED

4    AUG 2 2 2008

5    AT SEATTLE
     CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON

6    BY_____DEPUTY

08-MJ-00378-CMP

7    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON

8    AT SEATTLE

9    UNITED STATES OF AMERICA,       )    MAGISTRATE'S DOCKET NO.
                                      )    CASE NO. **MJ08 - 378**
10                  Plaintiff,        )
                                      )
11          v.                        )    COMPLAINT for VIOLATION
                                      )
12   ELMER MINORIA NANQUILADA,        )    21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
                                      )    21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)
13                  Defendant.        )    18 U.S.C. § 922(g)(1)
     ─────────────────────────────── )

14

15   BEFORE United States Magistrate Judge Brian A. Tsuchida, Seattle, Washington.

16   The undersigned complainant being duly sworn states:

17

18                            <u>**COUNT 1**</u>

19             (*Possession of Methamphetamine with Intent to Distribute*)

20       On or about June 30, 2008, in Kent, within the Western District of Washington,

21   ELMER MINORIA NANQUILADA, did knowingly and intentionally possess, with the

22   intent to distribute, methamphetamine, a substance controlled under Title 21, United

23   States Code, Section 812.

24       It is further alleged that the above offense involved five grams or more of

25   methamphetamine, its salts, isomers and salts of its isomers.

26       All in violation of Title 21, United States Code, Sections 841(a)(1) and

27   841(b)(1)(B)(viii).

28

COMPLAINT / NANQUILADA - 1

## COUNT 2

### *(Felon in Possession of a Firearm)*

On or about June 30, 2008, in Kent, within the Western District of Washington, ELMER MINORIA NANQUILADA, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit: *Vehicular Assault*, under cause number 00-1-03631-7, in King County Superior Court, Washington, on September 8, 2000, did knowingly possess, in and affecting interstate and foreign commerce, the following firearms, to wit:

    (a)   Springfield Armory, model XD-40, .40 caliber semi-automatic pistol bearing serial number US451394;

    (b)   Jennings, model J-22, .22 caliber semi-automatic pistol bearing serial number 704889;

    (c)   Springfield Armory, model 1911, .45 caliber semi-automatic pistol bearing serial number WW56894;

    (d)   VEPR, .308 WIN caliber semi-automatic rifle, bearing serial number 1997CO7170;

    (e)   Maverick, model 88,12-gauge shotgun, bearing serial number MV28019F; and

    (f)   Harrington and Richardson, model Topper, 20-gauge shotgun, bearing serial number BB401375;

all of which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

### *(Possession of Methamphetamine with Intent to Distribute)*

On or about January 17, 2008, in Federal Way, within the Western District of Washington, ELMER MINORIA NANQUILADA, did knowingly and intentionally possess, with the intent to distribute, methamphetamine, a substance controlled under Title 21, United States Code, Section 812.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

### COUNT 4

2

#### *(Felon in Possession of a Firearm)*

3    On or about January 17, 2008, in Federal Way, within the Western District of

4    Washington, ELMER MINORIA NANQUILADA, having previously been convicted of a

5    crime punishable by a term of imprisonment exceeding one year, to wit: *Vehicular*

6    *Assault*, under cause number 00-1-03631-7, in King County Superior Court, Washington,

7    on September 8, 2000, did knowingly possess, in and affecting interstate and foreign

8    commerce, the following firearms, to wit:

9            (a)   Para-Ordnance, model P12, .45 caliber semi-automatic pistol
                  bearing serial number QF3612; and

10

11           (b)   COP Inc., .38 SPL/.357 MAG, four-shot pistol bearing serial
                  number 007720;

12   both of which had been shipped and transported in interstate and foreign commerce.

13       All in violation of Title 18, United States Code, Section 922(g)(1).

14

15   And the complainant states that this Complaint is based on the following information:

16       1.    I, Jonathan Hansen, am a Special Agent of the United States Department of

17   Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and I have worked

18   in this capacity since September 1991. In the course of my employment with ATF, I have

19   worked on numerous investigations involving armed drug-trafficking and felons

20   possessing firearms. I have been the case agent on dozens of such cases and have assisted

21   other law enforcement officers on scores of narcotics investigations which involved the

22   possession and/or use of firearms.

23       2.    The information contained in this Complaint is based on information

24   provided to me by other members of law enforcement and my own investigation.

25       3.    On January 17, 2008, at approximately 3:30 a.m., Federal Way Police

26   Department (FWPD) Officer Leitgeb was at the intersection of 16th Avenue South and

27   South 348th Street in Federal Way, Washington, preparing to make a left hand turn onto

28   eastbound State Route 18. While there, Officer Leitgeb noticed that a black 1995 Honda

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Accord (WA lic. 613WGA) had stopped next to him. His attention was drawn to the
2  Honda due to the fact that it had two blue lights illuminated to the front and a modified
3  exhaust system which caused a loud noise from the muffler. After observing these
4  violations Officer Leitgeb pulled the Honda over, contacted the two occupants inside it,
5  and advised the driver, Elmer Minoria NANQUILADA, why he had been stopped.
6  NANQUILADA explained to Officer Leitgeb that he did not know that the blue lights
7  were illegal and that he thought the modified exhaust system was legal because that was
8  what he had been told by the previous owner of the car. Officer Leitgeb asked for
9  NANQUILADA's license, registration, and proof of insurance. NANQUILADA was
10  unable to provide the registration or proof of insurance, but did hand Officer Leitgeb his
11  license and advised the officer that his license was suspended. While running a routine
12  records check, Officer Leitgeb confirmed that NANQUILADA's license was suspended
13  and learned that NANQUILADA was a convicted felon and that he had a warrant out for
14  his arrest. During this time two additional vehicles had pulled over in front of
15  NANQUILADA's Honda. Due to the presence of these additional vehicles/individuals
16  Officer Leitgeb called for additional officers. Shortly thereafter, FWPD Officers Martin
17  and Schmidt arrived. Once the other officers arrived NANQUILADA was taken into
18  custody, searched incident to arrest, and placed in the back of a patrol car.

19      4.      Officer Leitgeb then returned to the Honda and explained to the passenger
20  that the vehicle was going to be searched and that he was free to leave. After being so
21  advised, the passenger entered one of the vehicles that had pulled over in front of
22  NANQUILADA's Honda and left the scene.

23      5.      Officer Leitgeb then began searching NANQUILADA's Honda incident to
24  arrest. Inside the center console Officer Leitgeb found a pistol, loaded with four .38
25  caliber hollow point bullets. This firearm was a COP Inc., .38 SPL/.357 MAG, four-shot
26  pistol bearing serial number 007720. Upon finding the firearm, and having previously
27  learned that NANQUILADA was a convicted felon, Officer Leitgeb recontacted
28  NANQUILADA and advised him of his Miranda rights which NANQUILADA stated he

COMPLAINT / NANQUILADA - 4

1   understood. Officer Leitgeb then asked NANQUILADA if he used the gun for self

2   defense and NANQUILADA said, "No." NANQUILADA then paused for a second and

3   quickly added "What gun, I don't know what you're talking about." When asked again

4   about the gun NANQUILADA simply stated, "If you're gonna charge me with something

5   then just do it."

6      6.    While Officer Leitgeb was talking to NANQUILADA about the gun,

7   FWPD Officer Schwan and his canine partner, Caleb, arrived and assisted in the search of

8   NANQUILADA's Honda. During the search of the Honda's interior another handgun

9   was found inside the center console. This handgun was a Para-Ordnance, model P12, .45

10  caliber semi-automatic pistol bearing serial number QF3612. When contacted again, and

11  upon being asked about the two guns in the console, NANQUILADA told Officer

12  Leitgeb that the car belonged to his mother and that the guns must belong to her.

13  Through additional investigation it was learned that the Honda was registered to an

14  individual by the name of Victor Handburgh and that a report of sale had been filed with

15  the Department of Licensing, indicating that Handburgh sold the Honda to

16  NANQUILADA on August 26, 2007. Moreover, the first gun recovered from the center

17  console (the COP Inc., .38 SPL/.357 MAG, four-shot pistol bearing serial number

18  007720) fit the holster attached to NANQUILADA's belt.

19     7.    As the search of the Honda continued Caleb alerted on a small zippered

20  pouch located between the driver's seat and the center console. The zippered pouch was

21  recovered and contained approximately 5.2 grams of suspected methamphetamine (field-

22  tested positive). NANQUILADA denied the methamphetamine was his but never

23  explained who it might belong to and specifically stated that it did not belong to the male

24  passenger who had left the scene.

25     8.    Other items found during the search of the Honda's interior included a

26  butterfly knife and a wallet in the driver's side door. Inside the wallet was a driver's

27  license belonging to James Aguero and two identification cards. Interestingly, one of the

28  identification cards included a photograph of James Aguero but the name of Jerrod

COMPLAINT / NANQUILADA - 5

1  Walker. NANQUILADA denied knowing who the wallet belonged to. Numerous other

2  knives and a collapsible baton were also located throughout the car. In addition, a winter

3  ski mask was located near the center console.

4       9.    During the search of the Honda's exterior Caleb alerted on the right rear

5  wheel well. Officer Schwan made a couple of attempts to search that area but was unable

6  to do so at the scene. During this time Officer Leitgeb noticed that NANQUILADA

7  seemed particularly interested in Caleb's search and became especially nervous when

8  Caleb focused his attention on the Honda's rear wheel well. Officer Leitgeb asked

9  NANQUILADA if he wanted to tell him about anything that might be hidden in the car

10  and NANQUILADA stared up at the patrol car's ceiling and stated, "No, we're done

11  talking." As a result of the drugs already found within the vehicle and Caleb's interest in

12  the rear wheel well the officers decided to seize the Honda so that they could apply for a

13  search warrant and conduct a more thorough search of the vehicle and/or any potential

14  hidden compartments.

15      10.    Later that day FWPD Detective Klingele applied for, and received, a search

16  warrant for NANQUILADA's Honda. Officer Schwan and his canine partner Caleb

17  again assisted in the search. No additional items of evidence or contraband were located

18  in the interior of the vehicle. Caleb, however, continued to alert on the right rear wheel

19  well and, upon closer inspection, they found a loose panel but no items of contraband

20  were located.

21      11.    On January 22, 2008, NANQUILADA was charged in King County

22  Superior Court with the crimes of *unlawful possession of a firearm in the first degree* and

23  *possession of methamphetamine*. NANQUILADA subsequently failed to appear for a

24  pretrial hearing on June 20, 2008, and a warrant was issued for his arrest.

25      12.    On June 30, 2008, United States Marshals (USM) Pineda and McCauley

26  received information that NANQUILADA was staying in an apartment within the

27  Sterling Ridge apartment complex in Kent, Washington (11328 SE Kent Kangley Road,

28  #G-302, Kent, Washington). Acting on that information they drove to the complex and

COMPLAINT / NANQUILADA - 6

1   showed a photograph of NANQUILADA to the manager who confirmed that he was

2   currently staying in the apartment. About an hour later, at approximately 3:45 p.m.,

3   USM Pineda and McCauley saw NANQUILADA leave apartment G-302 and drive away.

4   They followed NANQUILADA and requested the assistance of local law enforcement

5   officers to make the arrest. Kent Police Department (KPD) Officers Eaton and Korus

6   responded and arrested NANQUILADA as he attempted to leave the 7-11 parking lot

7   located at 10610 SE Kent Kangley Road, Kent, Washington. NANQUILADA was

8   driving a 1995 gray Honda Accord (WA lic. 554RLR) when he was arrested.

9       13.    During a search of NANQUILADA's person incident to arrest the officers

10  found close to $900 of United States currency. Inside NANQUILADA's wallet they

11  found three credit cards and a Costco card belonging to four separate individuals. An

12  officer later confirmed that one of the credit cards (the card belonging to Charles Royer)

13  had previously been reported stolen and subsequently used to make unauthorized

14  purchases.

15      14.    During a search of NANQUILADA's Honda Officer Korus found a green

16  bag sitting on the front passenger seat near the center console. Inside one of the bags

17  exterior pouches he found an envelope that contained $730 of counterfeit currency,

18  consisting of 17 separate $10 bills and 28 separate $20 bills. The officer concluded it was

19  counterfeit due to the absence of any watermarks and security strips and the fact that

20  many of bills had matching serial numbers. Due to the presence of the counterfeit

21  currency, as well as the fact that drugs and firearms were found in NANQUILADA's

22  vehicle during his arrest in January, FWPD Officer Schwan and his canine partner, Caleb,

23  responded to the scene and assisted in the search. Caleb immediately alerted on the green

24  bag and inside it the officers found a cylindrical tube that contained approximately 105

25  grams of suspected methamphetamine (field-tested positive) separately packaged into

26  three equal amounts (approximately one ounce each). Also inside the green bag were two

27  firearms. One of the firearms was Springfield Armory, model XD-40, .40 caliber semi-

28  automatic pistol bearing serial number US451394 and the other was a Jennings, model 22,

COMPLAINT / NANQUILADA - 7

1    .22 caliber semi-automatic pistol bearing serial number 704889. Both handguns were

2    loaded and it was learned later that each had been stolen. Also inside the green bag was

3    approximately 4.1 grams of marijuana, a digital scale, a measuring spoon, numerous small

4    plastic bags, a large butterfly knife, and a neck wallet containing the identification cards

5    for two different individuals, one of which was a temporary Washington driver's licence

6    that clearly had been altered (the text was not consistent in size or font). In addition, the

7    officers found numerous rolls of United States currency totaling $18,439 and a digital

8    camera that contained pictures of NANQUILADA inside the green bag as well.

9        15.    As the search of the interior continued, Officer Schwan located a black bag

10    under the rear portion of the front passenger seat. This bag contained approximately 23.2

11    grams of methamphetamine (field-tested positive), some small plastic baggies and a small

12    metal spoon. In the trunk, Officer Eaton located a locked box. The box was left in the

13    Honda which was impounded and seized. The locked box was later searched pursuant to

14    a warrant prepared by KPD Detective Johnson. Inside the locked box was over $15,525

15    in United States currency, along with a VISA credit card and three checks from US Bank

16    in NANQUILADA's name.

17        16.    NANQUILADA was later questioned by KPD Detective Grove and KPD

18    Lieutenant Thomas after being advised of his Miranda rights. NANQUILADA admitted

19    that the HONDA belonged to him, stating that he had owned the vehicle for several

20    months. When asked why he was carrying the two guns in the bag next to him in the car

21    when he was arrested NANQUILADA initially said he thought they were in the rear of

22    the vehicle but then quickly denied any knowledge of them. Detective Grove then

23    informed NANQUILADA that inside the same bag where the firearms were found was a

24    digital camera that contained pictures of him. NANQUILADA admitted the camera and

25    the bag belonged to him but continued to deny any knowledge of the guns.

26    NANQUILADA also denied any knowledge of the methamphetamine that was recovered

27    from the bag. When asked about the $730 in counterfeit currency he stated that the

28    money belonged to him but that he had no knowledge that it was counterfeit -- it should

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  be noted that just nine days earlier NANQUILADA had been contacted by two KPD
2  officers after he attempted to pay for some groceries with three counterfeit $20 bills.
3  Detective Grove then asked NANQUILADA when he placed the bag into the vehicle and
4  NANQUILADA told them that he had taken it from the apartment and put it into his
5  Honda just prior to his arrest. When asked if he thought the bag was unusually heavy due
6  to the presence of the two firearms and the large amount of methamphetamine, he
7  explained that it did not feel heavy to him. At no point during the conversation could
8  NANQUILADA explain how the guns, drugs and money got into his bag.

9      17.    While Detective Grove and Lieutenant Thomas were questioning
10 NANQUILADA, Detective Johnson prepared a search warrant for 11328 SE Kent
11 Kangley Road, #G-302, Kent, Washington -- the apartment NANQUILADA had departed
12 from shortly before being arrested. The search warrant was executed just after midnight
13 (on July 1, 2008). Upon entering the apartment Detective Grove spoke with Kristan
14 Plumlee. Plumlee explained that she lived in the apartment with her ex-boyfriend,
15 NANQUILADA, and their infant daughter Miracle. Plumlee explained that
16 NANQUILADA had been staying at the apartment off and on since their break up but
17 that recently he had been spending every night in the apartment. Plumlee was aware that
18 NANQUILADA had been arrested earlier that day and that he had been found with
19 multiple ounces of "ice" (methamphetamine). She explained to Detective Grove that
20 NANQUILADA always carried his drugs and money with him because he did not trust
21 her enough to leave them at home.

22     18.    The apartment itself consisted of a kitchen, living room, bathroom and two
23 bedrooms. One of the bedrooms appeared to be used as a den due to the fact that it
24 contained two desks with a computer set up on each desk. The other bedroom appeared
25 to be shared by Plumlee, NANQUILADA and their infant daughter as it contained a bed,
26 a crib, three dressers, and a file cabinet,

27     19.    Detective Johnson and Officer Riener searched the bedroom/den. During
28 the search Detective Johnson located approximately 20.7 grams of methamphetamine

COMPLAINT / NANQUILADA - 9

1  (field-tested positive), numerous plastic baggies commonly used to package drugs for

2  sale, a scale and other drug paraphernalia inside a set of drawers on the northwest side of

3  the room. In addition, Detective Johnson also located additional counterfeit $10 and $20

4  bills which had the same serial numbers as the ones recovered at the time of

5  NANQUILADA's arrest. To the east of these drawers was a desk and Detective Johnson

6  and Officer Riener noticed that whoever had been operating the computer had been

7  googling a subject by the name of Lindsay Grindy. Personal documents in Grindy's name

8  were later located by Officer Riener in the room. On the other desk, Detective Johnson

9  located a prescription pill bottle in another individual's name which appeared to contain

10 hydrocodone pills. Also recovered from that desk was an assortment of ammunition and

11 documents of dominion and control in NANQUILADA's name. One of the documents

12 was a rental receipt in NANQUILADA's name related to storage unit C-133 at U-Store

13 Self Storage located at 301 Novak Lane, Kent, Washington. Meanwhile Officer Riener

14 located two magazines that contained .45 caliber ammunition on top of one of the desks,

15 as well as two shotguns inside the closet. One was a Maverick, model 88,12-gauge

16 shotgun, bearing serial number MV28019F and the other was a Harrington and

17 Richardson, model Topper , 20-gauge shotgun, bearing serial number BB401375. The

18 Maverick, model 88,12-gauge shotgun, bearing serial number MV28019F was loaded

19 with numerous shells. Also inside the closet was a tub which contained numerous

20 documents in the names of NANQUILADA and Plumlee. Of particular interest, in light

21 of the amount of money (in excess of $34,000) which had been located on

22 NANQUILADA and in his car, was a document signed by NANQUILADA and filed

23 with the court which indicated that he had an average monthly income of $1,050 and that

24 his average monthly expenses totaled $900.

25     20.    The master bedroom was searched by KPD Detectives Hemmen and Grove.

26 Detective Grove found a loaded Springfield Armory, model 1911, .45 caliber semi-

27 automatic pistol bearing serial number WW56894 in a dresser drawer that contained both

28 men's and women's clothing. Detective Grove also found numerous pipes used to ingest

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    methamphetamine and marijuana in a separate drawer that also contained a purse with a

2    credit card in Plumlee's name. In a separate dresser he found several additional

3    counterfeit $20 bills in a drawer that contained female undergarments. In the south closet

4    Detective Hemmen located notebooks which contained NANQUILADA's name. Also in

5    these notebooks were written instructions on how credit card numbers are made, how to

6    send money by wire to a European bank, and how to make ID cards. Examples of the

7    headings on other pages included "HACKIN\CRACKIN & STUFF," "GOOGLE

8    HACKING," "Top 10 Passwords used are," "User names most used," and "worlds best

9    hack sit resources." There were also pages that included lists of names, dates of birth and

10   social security numbers. In a filing cabinet they found credit cards, checkbooks, social

11   security cards in many different individuals' names, as well as a military identification

12   card in the name of Charles Royer (an individual whose credit card was found in

13   NANQUILADA's wallet at the time of his arrest). Documents in NANQUILADA's

14   name were also found in the filing cabinet and many other locations within the master

15   bedroom. In the northwest closet of the master bedroom Detective Hemmen located two

16   rifle cases. One contained two wallets that contained items in NANQUILADA's name,

17   as well as two credit cards in two other individual's names. In the other rifle case he

18   found a VEPR, .308 WIN caliber semi-automatic rifle, bearing serial number

19   1997CO7170 and two magazines containing .308 caliber ammunition.

20        21.     After completing the search of the apartment, Detective Johnson obtained a

21   search warrant for the storage unit they had found paperwork for during the search of the

22   apartment (storage unit C-133 at U-Store Self Storage located at 301 Novak Lane, Kent,

23   Washington). Prior to obtaining the warrant Officer Riener spoke to the on-site manager

24   who confirmed that NANQUILADA was the current renter of the unit. In addition,

25   Officer Riener was told that NANQUILADA made frequent visits to the storage unit, the

26   most recent being on June 24, 2008, and that he usually had others with him when he

27   came. Detective Grove and Officer Rossmeier assisted in the execution of the warrant.

28   Inside the storage unit they found an assortment of ammunition, drug paraphernalia, a

COMPLAINT / NANQUILADA - 11

1    triple beam scale, packaging materials and documents of dominion and control belonging

2    to NANQUILADA. These items were seized. They also found construction equipment,

3    painting equipment, auto parts, and numerous electronic devices such as DVD players,

4    stereo systems, computers, MP3 players, IPODS and other similar items, some of which

5    were still in their original packaging. None of these items were seized since they had not

6    been reported stolen. It is suspected, however, that many of these items were likely given

7    to NANQUILADA in exchange for drugs or were purchased using other individuals'

8    stolen identities.

9    22.    On August 21, 2008, I physically examined the following eight firearms:

10    *Found on January 17, 2008 inside center console of black 1995 Honda*

11    (a)    Para-Ordnance, model P12, .45 caliber semi-automatic pistol
         bearing serial number QF3612; and

12

13    (b)    COP Inc., .38 SPL/.357 MAG, four-shot pistol bearing serial
         number 007720;

14    *Found on June 30, 2008, inside green bag found in gray 1995 Honda*

15    (a)    Springfield Armory, model XD-40, .40 caliber semi-automatic pistol
         bearing serial number US451394;

16

17    (b)    Jennings, model J-22, .22 caliber semi-automatic pistol bearing
         serial number 704889;

18    *Found on July 1, 2008, inside apartment G-302*

19    (a)    Springfield Armory, model 1911, .45 caliber semi-automatic pistol
         bearing serial number WW56894;

20

21    (b)    VEPR, .308 WIN caliber semi-automatic rifle, bearing serial number
         1997CO7170;

22    (c)    Maverick, model 88, 12-gauge shotgun, bearing serial number
         MV28019F; and

23

24    (d)    Harrington and Richardson, model Topper, 20-gauge shotgun,
         bearing serial number BB401375;

25    Based on my knowledge and background, I have determined that each of the weapons

26    described above qualified as a "firearm" under Title 18, United States Code, Section

27    921(a)(3). In addition, based on my knowledge and experience, I have determined that

28    each of the firearms were not manufactured in the State of Washington. As a result, each

COMPLAINT / NANQUILADA - 12

1   of the firearms must have traveled in, and thereby affected, interstate or foreign
2   commerce, in order to be received and/or possessed in the State of Washington.

3       23.    I have also personally reviewed certified court documents which confirm
4   that Elmer Minoria NANQUILADA has been convicted of the crime of *Vehicular*
5   *Assault,* under cause number 00-1-03631-7, in King County Superior Court, Washington,
6   on September 8, 2000. This crime was punishable by a term of imprisonment exceeding
7   one year.

8       24.    Based on the foregoing, I submit that probable cause exists to believe that
9   Elmer Minoria NANQUILADA committed the crimes *of possession of methamphetamine*
10  *with the intent to distribute* and *felon in possession of a firearm* on January 17, 2008, and
11  on June 30, 2008.

12

13

14

15                      Jonathan Hansen, Complainant
                    ATF Special Agent

16

17      Based on the Complaint and Affidavit sworn to before me, and subscribed in my
18  presence, the Court hereby finds that there is probable cause to believe the defendant
19  committed the offenses set forth in the Complaint.

20

21      DATED this 22 day of August, 2008.

22

23                      BRIAN A. TSUCHIDA
                    United States Magistrate Judge

24

25

26

27

28

COMPLAINT / NANQUILADA - 13